## HOGGARD et al. v. CONSERVATIVE LOAN CO.

No. 12920—Opinion Filed Jan. 22, 1924.

(Syllabus.)

Appeal and Error—Case-Made—Extension of Time—Invalidity of Order.

An order purporting to grant an extension of time in which to make and serve a case-made for an appeal to the Supreme Court, made after the expiration of the time formerly allowed, is a nullity, and an appeal based upon a service of the case-made thereof will be dismissed.

Error from District Court, Pottawatomie County.

Action between R. D. Hoggard and another and the Conservative Loan Company. From the judgment, the former bring error. Dismissed.

A. J. Carlton, for plaintiffs in error.

Goode & Dierker, for defendant in error.

COCHRAN, J. This case is presented on the motion of the defendant in error to dismiss the appeal. Motion for a new trial was overruled on July 7, 1921, and 60 days given in which to serve a case-made, which expired on September 5, 1921. On September 6, 1921, the time was again extended 60 days, but extension is void and the trial court was without jurisdiction to grant the extension. The appeal is therefore dismissed.

JOHNSON, C. J., and McNEILL, NICHOLSON, and MASON, JJ., concur.